NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEXCOM, INC.,**

*Appellant*

**v.**

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**

*Intervenor*

---

2024-1326

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00921, IPR2022-00922.

---

# O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    DEXCOM, INC. V. STEWART

    (2)  Each side shall bear their own costs.


FOR THE COURT


<u>July 18, 2025</u>                              Jarrett B. Perlow
    Date                                      Clerk of Court


**ISSUED AS A MANDATE:** July 18, 2025